## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 23-CR-00394 (TNM) |
| SAMUEL BRAXTON : | |
| : | |
| Defendant. : | |
| : | |

### NOTICE OF WAIVER OF DETENTION HEARING

Now comes the Defendant, Mr. Samuel Braxton, by and through his counsel, Brian K. McDaniel, advising this Court that, after consultation with counsel, Mr. Braxton has decided to waive his detention hearing which is currently scheduled on January 18, 2024 at 2:00 pm. As the hearing will be waived, Mr. Braxton requests that this Court cancel his "come up" so as to avoid his discomfort in spending the entire day in the Marshal's Cell Block awaiting the waiver. Counsel for the Defendant has conferred with Government counsel, AUSA William Hart, who does not oppose the relief requested by this notice.

Respectfully Submitted,

/s/Brian K. McDaniel
Brian K. McDaniel, Esq.
The Cochran Firm, CDCRS
1001 L. Street S.E.
Washington, D.C. 20003
Telephone (202) 331 – 0793
bkmassociates@aol.com
Counsel for Defendant Samuel Braxton

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2024, the foregoing Notice of Waiver of Detention Hearing was served upon counsel for the Government, AUSA William Hart, by way of ECF filing.

/s/Brian K. McDaniel
Brian K. McDaniel, Esq.
