UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **MICHAEL OWENS**, <br><br> Defendant. | Case No. 1:23-cr-00394 (TNM) |

## ORDER

Defendant Michael Owens is charged with conspiring to distribute large quantities of fentanyl and cocaine.  *See* Indictment, ECF No. 1.  After conceding detention at his initial appearance before a magistrate judge, Owens moved to set conditions for release to a third-party custodian.  *See* Mot. for Release from Custody (Mot.), ECF No. 43.  For the reasons stated at the Motion Hearing held on May 15, 2024, the Court denies this motion.

Pretrial detention is warranted if "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(e)(1).  Owens concedes that a rebuttable presumption of detention applies because he has been charged by indictment with serious violations of the Controlled Substances Act.  *See* Mot. at 4; 18 U.S.C. § 3142(e)(3)(A).  To rebut this presumption, Owens must "offer some credible evidence" that he will not endanger the community or flee if released.  *United States v. Cherry*, 221 F. Supp. 3d 26, 32 (D.D.C. 2016).  For the reasons provided at the Motion Hearing, the Court finds that Defendant has not provided sufficient evidence to rebut the presumption of detention.  And as explained at the hearing, even if Owens had produced such evidence, the Court would still conclude that detention is warranted based on the factors set forth in 18 U.S.C. § 3142(g).

For these reasons, and the reasons provided in the Motion Hearing on May 15, 2024, it is hereby

**ORDERED** that Defendant MICHAEL OWENS' (7) Motion for Release from Custody is DENIED.

**SO ORDERED**.

Dated: May 15, 2024                                     TREVOR N. McFADDEN, U.S.D.J.